**Opinion issued December 4, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-14-00947-CR**

———————————

## IN RE MIKE MENDOZA, JR., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Mike Mendoza, Jr., has filed a *pro se* petition for writ of mandamus seeking to compel the Harris County district attorney to respond to his pending application for a post-conviction writ of habeas corpus, filed in 2009 under Texas Code of Criminal Procedure Article 11.07.[1] However, we do not have jurisdiction

---

[1]   The underlying case is *Ex Parte Mike Mendoza, Jr.*, Cause No. 952290-B, in the 262nd Judicial District Court of Harris County, Texas, the Honorable Denise Bradley presiding.   In 2004, we affirmed appellant's murder conviction.   *See Mendoza, Jr. v. The State of Texas*, No. 01-03-00783-CR,

to issue a writ of mandamus directed at the district attorney because the requested writ neither is against a judge nor is necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. §§ 22.221(a), (b) (West 2004).

Accordingly, relator's petition for writ of mandamus is **dismissed** for want of jurisdiction.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).

---

2004 WL 2538280, at *6 (Tex. App.—Houston [1st Dist.] Nov. 10, 2004, no pet.) (mem. op., not designated for publication).

2